# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

## Related Case Statement

### Full Caption of Later filed Case:

| | |
|---|---|
| DAVID WHITE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>DRAFTKINGS, INC., a Delaware corporation, and FANDUEL, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 1:15-cv-08123 |

### Full Caption of Earlier Filed Case:

| | |
|---|---|
| ADAM JOHNSON, Individually and on Behalf of All Others Similarly situated,<br><br>    Plaintiff,<br>v.<br><br>FANDUEL, INC., a Delaware corporation, and DRAFTKINGS, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 15-cv- 07963 |

**Status of Earlier Filed Case:**

| | | |
|---|---|---|
| ☐ | Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.) |
| ☑ | Open | (If so, set forth procedural status and summarize any court rulings.) |

Adam Johnson filed a class action complaint against FanDuel, Inc. and DraftKings, Inc., the defendants in the instant case, on October 8, 2015. Summonses were issued for Defendants on October 9, 2015.

**Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.**

Plaintiffs in the above-captioned matters allege that they were deceived by Defendants' misrepresentations that their fantasy sports contests were fair games of skills and omissions that their employees were permitted to participate in competitors' fantasy sports contests using non-public information that gave them a competitive advantage. Both actions seek relief for a nationwide putative class of consumers who paid entry fees to and competed in Defendants' daily fantasy sports contests.

Dated: October 15, 2015.                    Respectfully submitted,

                                                          CUNEO GILBERT & LADUCA, LLP

                                                          *s/ Taylor Asen*
                                                          Taylor Asen
                                                          (New York Bar Number: 5101738)
                                                          CUNEO GILBERT & LADUCA, LLP
                                                          16 Court Street, Suite 1012
                                                          Brooklyn, NY 11241
                                                          Telephone: 202-789-3960
                                                          Facsimile: 202-589-1813
                                                          E-mail:    tasen@cuneolaw.com

                                                          Charles J. LaDuca
                                                          Katherine Van Dyck
                                                          CUNEO GILBERT & LADUCA, LLP
                                                          507 C Street NE
                                                          Washington, DC 20002
                                                          Telephone: (202) 789-3960
                                                          Facsimile: (202) 789-1813
                                                          E-mail:    charles@cuneolaw.com
                                                          E-mail:    kvandyck@cuneolaw.com

Michael J. Flannery
Cuneo Gilbert & LaDuca, LLP
7733 Forsyth Boulevard
Suite 1675
St. Louis, MO  63105
Phone:     (314) 226-1015
Facsimile:  (202) 789-1813
E-mail:     mflannery@cuneolaw.com

Robert K. Shelquist
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN  55401
Phone:  (612) 339-6900
Facsimile:  (612) 339-0981
E-mail: rkshelquist@locklaw.com


*Attorneys for Plaintiff*